447 A.2d 944

**COMMONWEALTH of Pennsylvania**

v.

**Jerome O. WASHINGTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 19, 1982.

Decided June 28, 1982.

Spero T. Lappas, Harrisburg, for appellant.

William A. Behe, Deputy Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

514

PER CURIAM:

Judgment of sentence affirmed.